2:23-cr-20005-CSB-EIL     # 7     Filed: 11/13/24     Page 1 of 4

PROB 12C
(12/04)

E-FILED
Wednesday, 13 November, 2024  03:30:42 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

for

Illinois Central

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Timothy O'Donnell   USMS#: 55015-424

Case Number:   0753 2:23CR20005-001

Name of Sentencing Judicial Officer:   Honorable Andrea R. Wood

Date of Original Sentence:   06/22/2022

Original Offense:
Civil Disorder

January 12, 2023: Jurisdiction transferred to the Central District of Illinois. Case assigned to U.S. District Judge Colin S. Bruce.

September 22, 2023: Violation report submitted to the Court to report Mr. O'Donnell tested positive for cocaine on August 11, 2023. The recommendation was for no court action. The Court concurred.

October 4, 2024: a Request for Modifying the Conditions or Term of Supervision with Consent of the Offender was submitted to the Courts to modify Mr. O'Donnell to participate in two months of home detention by GPS. This modification was due to Mr. O'Donnell testing positive for barbiturates on May 2, 2024, and cocaine on September 3, 2024, and September 18, 2024. The Court concurred with modification.

Original Sentence:   Prison 34M, TSR 36M

Type of Supervision:   TSR              Date Supervision Commenced:   11/28/2022

Assistant U.S. Attorney:   Timothy Sullivan

Defense Attorney:

## PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|

PROB 12C
(12/04)

| | Violation Number | Nature of Noncompliance |
|---|---|---|
| | 1. | LAW VIOLATION: DOMESTIC BATTERY<br><br>MANDATORY CONDITION: The defendant shall not commit another federal, state or local crime.<br><br>A. On October 25, 2024, Mr. O'Donnell committed the offense of Domestic Battery when he punched Vera Kuczmarski, in the chin with a closed fist. On October 25, 2024, Deputy Malpasuto with the Kankakee County Sheriff's Department was dispatched to 9078 N 5000 W, Manteno, Illinois, for a domestic disturbance. Deputy Malpasuto spoke with Vera, Timothy O'Donnell's mother, who stated she was bitten by a dog belonging to Emily Riveria after being given a command by Timothy O'Donnell and Emily Riveria. Vera further stated she has had on-going issues with Mr. O'Donnell the past few days. Vera stated Mr. O'Donnell had been drinking all of her alcohol and left the house a mess. Vera stated she asked Mr. O'Donnell to clean the residence which caused him to become upset. Vera stated things escalated and she decided to call the police. Vera stated while on the phone with KanCom, Mr. O'Donnell punched her in the chin with a closed fist. Vera stated the previous day Mr. O'Donnell tried to break her fingers. Mr. O'Donnell left the scene prior to Deputy Malpasuto arriving. While en-route, Deputy Barry was advised Mr. O'Donnell left the scene in a blue Chevy Cobalt with numerous stickers on the back of the vehicle. Deputy Barry observed the mentioned car and conducted a traffic stop. Deputy Barry made contact with the driver, Mr. O'Donnell, who admitted to have an altercation with his mother, Vera, but it was only verbal. Deputy Barry was advised by Deputy Malpasuto the victim, Vera, signed a complaint for domestic battery. As a result of this behavior, Mr. O'Donnell was placed under arrest for Domestic Battery and transported to Jerome Combs Detention Center, Kankakee, Illinois. Mr. O'Donnell is being charged with Domestic Battery in Kankakee County Circuit Court case 24-DV-172. His next court appearance is scheduled for November 20, 2024.<br><br>B. On November 5, 2024, Timothy O'Donnell committed the offense of Domestic Battery when he dragged his girlfriend, Emily Riveria by her hair through the parking lot of Economy Inn, 2125 S. US Highway, Kankakee, Illinois. On that date, Officer Boyer with the Kankakee Police Department, was dispatched to the Economy Inn, 2125 S. US HWY, Kankakee, Illinois, regarding a fight in the parking lot. Officer Boyer was advised by KanComm that a male was dragging a female through the parking lot by her hair towards an RV. Officer Boyer arrived on scene and located a male and female inside the damaged RV. The RV's door was heavily damaged leaving the male and female in plain sight. Officer Boyer talked to Mr. O'Donnell, who stated he did not know what happened. Officer Boyer noticed Mr. O'Donnell to be hiding his right hand from view and advised him to show his hands. Officer Boyer noticed Mr. O'Donnell's knuckles to be cut and bleeding. Officer Boyer also noticed blood around his lips. Officer Boyer spoke with Emily Riveria, who had multiple visible injuries on her face. Officer Boyer asked Emily Riveria what happened and she stated she did not want to talk. Officer Boyer spoke with the caller, Wendy Ward, who stated she observed Mr. O'Donnell break down the door to the RV just before he began dragging Emily across the parking lot by her hair. Wendy stated Mr. O'Donnell saw her watching and returned to the RV. Mr. O'Donnell and Emily both declined to photographed but photographs were taken of the objects between the RV and Mr O'Donnell's car. Officer Boyer observed a dread lock on the ground but could not determine if it belonged to Emily or Mr. O'Donnell. Emily refused to sign a complaint but one was signed by Officer Boyer. As a result of his behavior, Mr. O'Donnell was placed under arrest for Domestic Battery and transported to Jerome Combs Detention Center, Kankakee, Illinois. Mr. O'Donnell is being charged with Domestic Battery in Kankakee County Circuit Court case 24-DV-175. His next court appearance is scheduled for November 20, 2024. |
| | 2. | FAILURE TO PARTICIPATE IN DRUG TESTING |

PROB 12C
(12/04)

| Violation Number | Nature of Noncompliance |
|---|---|
| | CONDITION No. 9: You shall participate, at the direction of a probation officer, in a substance abuse treatment program, which may include urine testing up to a maximum of 104 tests per year.<br><br>A. On October 10, 2024, Mr. O'Donnell failed to report for a scheduled drug test at Duane Dean Behavioral Health Center, Kankakee, Illinois, as directed by the U.S. Probation Office. Mr. O'Donnell was issued a verbal reprimand and re-instructed regarding drug testing procedures by U.S. Probation Officer (USPO) Edward Thomas.<br><br>B. On September 18, 2024, Mr. O'Donnell submitted an altered urine sample for drug testing with Duane Dean Behavioral Health Center, Kankakee, Illinois. Mr. O'Donnell was issued a verbal reprimand and re-instructed regarding drug testing procedures by USPO Edward Thomas.<br><br>C. On February 7, 2023, Mr. O'Donnell submitted an altered urine sample for drug testing with Duane Dean Behavioral Health Center, Kankakee, Illinois. Mr. O'Donnell was issued a verbal reprimand and re-instructed regarding drug testing procedures by USPO Edward Thomas. |

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

☒ revoked.

☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  November 13, 2024

Edward Thomas
U.S. Probation Officer

THE COURT ORDERS:

PROB 12C
(12/04)

- [ ] No action.
- [X] The issuance of a warrant.
- [ ] The issuance of a summons.
- [ ] Other

 

                                                 **s/Colin S Bruce**

                                                 Signature of Judicial Officer

                                                 November 13, 2024

                                                            Date