IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23CR20005 |
| ) | |
| TIMOTHY O'DONNELL, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS

The United States of America, by its attorneys, Gregory M. Gilmore, Acting United States Attorney, and Timothy Sullivan, Assistant United States Attorney, for the Central District of Illinois, respectfully move to dismiss the Petition for Warrant or Summons for Offender Under Supervision filed November 13, 2024, in the above-captioned cause. In support of this motion, the United States submits the following:

1) On November 13, 2024, probation filed a "Petition for Warrant or Summons for Offender Under Supervision" alleging Mr. O'Donnell violated the terms of his supervised release. R. 7, 7-1.

2) The petition alleges that Mr. O'Donnell committed a new violation of law and failed to participate in drug testing. R. 7, 7-1.

3) Undersigned counsel conferred with the United States Probation Office in in Urbana, Illinois regarding Mr. O'Donnell's supervised release violations. On May 14, 2025, The United States Probation Office agreed that Mr. O'Donnell's petition should be

dismissed as the underlying violations of law alleged in the petition were dismissed in State court.

4) On May 16, 2025, undersigned counsel sent an email to Mr. O'Donnell's attorney of record asking if he would object to a motion to dismiss. At the time of this filing, the undersigned has not heard back from defense counsel. However, because the motion to dismiss would benefit his client as his client is in custody on the current revocation petition, the Government presumes that defense counsel would not object to the Government's motion.

5) Probation has requested that Mr. O'Donnell contact the Urbana Probation Office within 48 hours upon his release from custody.

WHEREFORE, the United States hereby respectfully moves this Court to grant its motion to dismiss.

    Respectfully submitted,

    GREGORY M. GILMORE
    ACTING UNITED STATES ATTORNEY

    *s/ Timothy Sullivan*
    Timothy Sullivan
    Illinois Bar No. 6310274
    Assistant United States Attorney
    201 S. Vine St., Suite 226
    Urbana, IL 61802
    Phone: (217) 373-5875
    timothy.sullivan2@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy of such filing to counsel of record.

                                                s/ *Timothy Sullivan*
                                                Timothy Sullivan
                                                Assistant United States Attorney